**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **VICKY ARRINGTON,** ) | |
| ) | |
|     **PLAINTIFF** ) | |
| ) | |
| v. ) | **C.A.N.: 2:07-CV-717-MHT** |
| ) | |
| **ALABAMA STATE UNIVERSITY,** ) | |
| ) | |
|     **DEFENDANT.** ) | |

**ALABAMA STATE UNIVERSITY'S
CORPORATE CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, Alabama State University ("ASU") makes the following statement regarding parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    1.    ASU states that it is a public educational institution and that it is an entity of the State of Alabama.

    2.    There are no other entities to be reported.

                                                        Respectfully Submitted,

                                                        /s/ Ramadanah M. Salaam-Jones
                                                        **Kenneth L. Thomas (THO043)
                                                        Ramadanah M. Salaam-Jones (SAL026)**
                                                        *Attorneys for Alabama State University*

**OF COUNSEL:**
**THOMAS, MEANS,GILLIS,& SEAY,  P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 Fax: (334)260-9396

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing and case management system on this the 5th day of September, 2007.

      K. Anderson Nelms, Esq.
      847 S. McDonough Street
      Montgomery, Alabama 36104
      (334) 263-7733

      /s/ Ramadanah M. Salaam-Jones
      **OF COUNSEL**