IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VICKY ARRINGTON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA STATE UNIVERSITY, )<br>)<br>    Defendant. ) | CASE NO.:2:07-CV-00717-MHT |

CONFLICT DISCLOSURE STATEMENT

COMES NOW, the Plaintiff in the above-styled matter and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3027:

The Plaintiff is an individual.

Respectfully submitted this the 12th day of September, 2007.

s/ANDY NELMS
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this 12th day of September, 2007.

Alabama State University
c/o Joe A Lee - President
P.O Box 271
Montgomery, AL 36101

                                                  s/ANDY NELMS
                                                  K. ANDERSON NELMS (NEL022)
                                                  P.O. Box 5059
                                                  Montgomery, AL 36103
                                                  Phone: (334) 263-7733
                                                  Fax: (334) 832-4390
                                                  andynelms@jaylewislaw.com
                                                  ASB-6972-E63K