IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKY ARRINGTON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | C.A.N.: 2:07-CV-717-MHT |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
| DEFENDANT. ) | |

### REPORT OF PARTIES PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on September 28, 2007 and was attended by:

   a. Kenneth L. Thomas and Ramadanah M. Salaam-Jones for the Defendant Alabama State University

   b. No appearance was made on behalf of the Plaintiff[1]

2. **Pre-Discovery disclosures:** The Parties will exchange pre-discovery disclosures by October 12, 2007 as required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan:** The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects:

   a. All claims asserted by the Plaintiff.

   b. All defenses asserted by the Defendant.

   c. Any and all persons having knowledge, directly or indirectly, regarding the claims and defenses asserted in this lawsuit.

---

[1] Undersigned Counsel made several attempts to contact Plaintiff's Counsel regarding the Rule 26 Report. In an effort to comply with this Court's Order, Counsel is filing a proposed discovery plan drafted by the Defendant.

      d.      All discovery commenced in time to be completed by August 1, 2008.

      e.      Maximum of 30 interrogatories from each Defendant and 30 from the Plaintiff. [Responses due in accordance with the Federal Rules of Civil Procedure.]

      f.      Maximum of 30 requests for admissions by each party to any party. [Responses due in accordance with the Federal Rules of Civil Procedure.]

      g.      Maximum of 10 depositions by Plaintiff and 10 by each Defendant. [Each deposition limited to maximum of eight hours unless extended by agreement of the parties.]

      4.      Other items:

      a.      The parties do not request a conference with the Court before entry of the Scheduling Order.

      b.      Pleadings may be amended without leave of the Court through December 15, 2007.

      c.      Unless modified by stipulation of the parties, the disclosure of expert witnesses - including in a complete report under Fed.R.Civ.P. (26)(2)(b) from any specially retained or employed expert are due:

           i.      From the Plaintiff:    90 days prior to trial

           ii.     From the Defendants: 60 days prior to trial

      d.      Pre-trial conferences: This case will be ready for pretrial conference in August of 2008.

      e.      All potentially dispositive motions should be filed by June 9, 2008.

      f.      Final list of trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served and filed.

      i.       By the Plaintiff:    30 days prior to trial

      ii.      By the Defendants:    30 days prior to trial

Objections are to be filed within 14 days after receipt of final lists.

      g.      Trial: This case will be ready for trial during the September 8, 2008 trial term.

      Trial is expected to last 3-4 day(s).

      Respectfully Submitted on this the 28th day of September, 2007,

      /s/ Ramadanah M. Salaam-Jones
      **KENNETH L. THOMAS**
      **RAMADANAH M. SALAAM-JONES**
      *Attorneys for Defendant Alabama State*

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Drawer 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing and case management system on this the 28th day of September, 2007.

    K. Anderson Nelms, Esq.
    847 S. McDonough Street
    Montgomery, Alabama 36104
    (334) 263-7733

      /s/ Ramadanah M. Salaam-Jones
      **OF COUNSEL**