IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VICKY ARRINGTON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv717-MHT |
| | ) | |
| ALABAMA STATE UNIVERSITY, | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 12) is set for submission, without oral argument, on May 30, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 15th day of May, 2008.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE