IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKY ARRINGTON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | C.A.N.: 2:07-CV-717-MHT |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
| DEFENDANT. ) | |

### ALABAMA STATE UNIVERSITY'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO EVIDENTIARY SUBMISSIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant Alabama State University ("ASU") and hereby moves this Court for leave to file a supplement to its Evidentiary Submissions in Support of Motion for Summary Judgment.

1. ASU filed its Motion for Summary Judgment in this case on May 13, 2008. ASU filed a Brief and Evidentiary Submissions in support of its Motion on that same day.

2. ASU has been in contact with Joseph W. Pace, a fact witness in this case, however, Pace was only recently able to execute an affidavit in this matter on today.

3. Pace's testimony will aid and assist this Court in analyzing whether summary judgment is proper in this case. Pace's affidavit is attached as Exhibit A to this Motion.

4. This supplement will not result in any prejudice to the Plaintiff.

**WHEREFORE, PREMISES CONSIDERED** ASU respectfully requests that this Court grant ASU leave to file Exhibit A, the affidavit of Joseph W. Pace, as a supplement to its Evidentiary Submissions in Support of Motion for Summary Judgment.

       Respectfully Submitted,


       /s/ Ramadanah M. Salaam-Jones
       **KENNETH L. THOMAS (THO043)**
       **RAMADANAH SALAAM-JONES (SAL026)**
       *Attorneys for Alabama State University*

**OF COUNSEL:**
**THOMAS, MEANS,GILLIS,& SEAY,  P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 Fax: (334)260-9396


### CERTIFICATE OF SERVICE

 I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 15th day of May, 2008.

   K. Anderson Nelms, Esq.
   847 S. McDonough Street
   Montgomery, Alabama 36104
   (334) 263-7733

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VICKY ARRINGTON,** ) <br> ) <br> **PLAINTIFF** ) <br> ) <br> v. ) <br> ) <br> **ALABAMA STATE UNIVERSITY,** ) <br> ) <br> **DEFENDANT.** ) | C.A.N.: 2:07-CV-717-MHT |

## AFFIDAVIT OF JOSEPH W. PACE

Before me, the undersigned, a Notary Public in and for said County and State, personally appeared **JOSEPH W. PACE**, who first being duly sworn, deposed and stated as follows:

1. My name is Joseph W. Pace. I am of sound mind, over the age of nineteen and a resident of the State of Alabama.

2. I have personal knowledge of the facts set forth in this affidavit, and I am competent to testify to these facts.

3. I retired from Alabama State University in 2007. Prior to my retirement I served as the Assistant Director of Purchasing at ASU. Sometime in 2006, I was selected to serve on a screening committee for the position of Director of Security/Chief of Police at ASU. I was the Chair of that committee.

4. As the Chair, I received packages of applications and resumes of the candidates for the position from the Office of Human Resources. Vicky Arrington was among the candidates who had an application package.

5. During the committee's first meetings, the members decided that everyone with an application package would be screened and interviewed for the position.

1

Therefore, I personally contacted all of the candidates for an interview. The screening committee did not send any letters to these applicants.

6.    I contacted Vicky Arrington to interview before the committee. Arrington inquired about what happened to the first screening committee. I told her that I did not know about the first screening committee, and I encouraged her to interview before the second screening committee.

7.    I was not a part of the first screening for the position, and I do not recall even being aware of a first screening for the position prior to my telephone conversation with Arrington.

8.    Arrington told me that she could not give me a date and a time for her interview without speaking to Dr. Frazier first about the results of the first screening. She never communicated with me subsequent to that telephone conversation to schedule an interview. Therefore, the committee proceeded in its processes to recommend a candidate for the position.

9.    The screening committee's results showed Jeffrey Young to be the top candidate for the position. The committee prepared its report to Dr. Frazier regarding the recommendation. I also made notes on the report regarding my attempts to contact applicants for an interview.

10.    The screening committee did not consider gender in its recommendation. The committee recommended the most qualified applicant among the group based upon the information in the candidates' application packages and their interviews.

**FUTHER AFFIANT SAITH NOT**

2

*[signature]*
JOSEPH W. PACE


Sworn to and subscribed before me on this the 15th day of May 2008.

*[signature]*
NOTARY PUBLIC          NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                       MY COMMISSION EXPIRES: Mar 3, 2009
My Commission Expires BONDED THRU NOTARY PUBLIC UNDERWRITERS

3