IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VICKY ARRINGTON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv717-MHT |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion for leave to file supplement (Doc. No. 16) is granted.

DONE, this the 15th day of May, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**