UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VICKY ARRINGTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-717-MHT |
| | ) |
| **ALABAMA STATE UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR ENLARGEMENT OF TIME**

COMES NOW, the Plaintiff, by and through counsel of record, and hereby requests that this Honorable Court extend the deadline for the Plaintiff to respond to Defendant's Motion for Summary Judgment. As grounds therefor, the Plaintiff shows the following:

1. Counsel for the Plaintiff is requesting that an additional week be given to respond to the Defendant's Motion for Summary Judgment.

2. Counsel for the Defendant does not object to the extension.

3. The Defendant will not be prejudiced by said extension.

WHEREFORE, THE PREMISES CONSIDERED, counsel for the Plaintiff respectfully requests that this Honorable Court grant an extension until June 6, 2008, for the Plaintiff to respond to Defendant's Motion for Summary Judgment.

Submitted this the 29th day of May, 2008.

/s/ K. Anderson Nelms  
K. ANDERSON NELMS (NEL022)  
ASB-6972-E63K  
Anderson Nelms & Associates, L.L.C.  
2005 Cobbs Ford Road  
Suite 301A  
Prattville, Alabama 36066  
(334) 351-1770 (Voice)  
(334) 351-1774 (Fax)  
andynelms@andersonnelms.com  

OF COUNSEL:  
Anderson Nelms & Associates, L.L.C.  
2005 Cobbs Ford Road  
Suite 301A  
Prattville, Alabama 36066  
(334) 351-1770 (Voice)  
(334) 351-1774 (Fax)  

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via the CM/ECF system on this the 29th day of May, 2008 upon:

Ramadanah M. Salaam-Jones (SAL026)

/s/ K. Anderson Nelms  
ASB-6972-E63K  
Anderson Nelms & Associates, L.L.C.  
2005 Cobbs Ford Road  
Suite 301A  
Prattville, Alabama 36066  
(334) 351-1770 (Voice)  
(334) 351-1774 (Fax)  
andynelms@andersonnelms.com