IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VICKY ARRINGTON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv717-MHT |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

It is ORDERED as follows:

(1) The motion for enlargement of time (doc. no. 18) is granted.

(2) The motion for summary judgment (doc. no. 12) is reset for submission, without oral argument, on June 6, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 2nd day of June, 2008.

                                   /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE