UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VICKY ARRINGTON,** )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A.N.: 2:07-CV-717-MHT |
| ) | |
| **ALABAMA STATE UNIVERSITY** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Vicky Arrington, pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, and respectfully requests that this Honorable Court deny Defendant Alabama State University's Motion for Summary Judgment because genuine issues of material fact remain as to Plaintiff's claims against Defendant. In support thereof, Plaintiff presents the following documents:

1. Memorandum Brief filed contemporaneously with this Response; and

2. Exhibits A and B.

THE PREMISE CONSIDERED, Plaintiff respectfully requests that this Honorable Court deny Defendant's Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this the 5th day of June, 2008.

/s/ Andy Nelms
K. Anderson Nelms
Anderson Nelms & Associates, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)

1

                 (334) 832-4390 (Fax)
                 Andynelms@andersonnelms.com
                 ASB-6972-E63K

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 5th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Kenneth L. Thomas
Ramanadah M. Salaam-Jones
Attorneys for Defendant
Thomas, Means, Gillis, & Seay, P.C.
Post Office Drawar 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058

                 /s/ Andy Nelms
                 K. Anderson Nelms
                 Anderson Nelms & Associates, LLC
                 P.O. Box 5059
                 Montgomery, AL 36103
                 (334) 263-7733 (Voice)
                 (334) 832-4390 (Fax)
                 Andynelms@andersonnelms.com
                 ASB-2014-E66J