UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VICKY ARRINGTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C.A.N.: 2:07-CV-717-MHT |
| ) | |
| **ALABAMA STATE UNIVERSITY** ) | |
| ) | |
| **Defendant.** ) | |

### EXHIBITS IN SUPPORT OF PLAINTIFF'S BRIEF IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.

COMES NOW counsel, and attaches hereto exhibits in support of the brief filed in the above matter by Plaintiff in response to Defendant's Motion for Summary Judgment.

1. Exhibit A - Copy of envelope for mailing of EEOC right-to-sue letter.

2. Alabama State University Personnel and Human Relations Affirmative Action Personnel Compliance report.

/s/ Andy Nelms
K. Anderson Nelms
Anderson Nelms & Associates, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
Andynelms@andersonnelms.com
ASB-2014-E66J

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Kenneth L. Thomas
Ramanadah M. Salaam-Jones
Attorneys for Defendant
Thomas, Means, Gillis, & Seay, P.C.
Post Office Drawar 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058


                                            /s/ Andy Nelms
                                            K. Anderson Nelms
                                            Anderson Nelms & Associates, LLC
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            Andynelms@andersonnelms.com
                                            ASB-2014-E66J



# ALABAMA STATE UNIVERSITY
## PERSONNEL AND HUMAN RELATIONS





EXHIBIT B

## AFFIRMATIVE ACTION PERSONNEL COMPLIANCE REPORT

**PERSON RECOMMENDED:** Donnie Nunley

**TITLE:** Director of Police and Security

( ) New Position
(X) Replacement for  Ceasar Moss
If Replacement, Race  B   Sex  M     Salary  $56,718  of previous incumbent.
COLLEGE: _____   DEPT: _____
APPLICATION DEADLINE: March 9, 2005    STARTING DATE July 15, 2005

SALARY RANGE: $43,228-$50,131    ACCOUNT # 216150    POSITION #: 615002

---

**\*TOTAL NUMBER OF APPLICANTS:** 3

FEMALE: 1    MALE: 2
BLACK: 3   WHITE: 0   OTHER: 0

**TOTAL APPLICANTS INTERVIEWED:**

BLACK: 3    MALE: 2    FEMALE: 1
WHITE: 0    MALE: 0    FEMALE: 0
OTHER: 0    MALE: 0    FEMALE: 0

**3 TO 5 APPLICANTS IN RANK ORDER**
NAMES                 RACE/SEX

1ST. Vicky Arrington
2ND. Virgil Merritt
3RD. Donnie Nunley
4TH. _____
5TH. _____

**SEARCH COMMITTEE MEMBERS:   RACE/SEX**

1. T. C. Horn, Chair
2. Larry Cobb, Member
3. Antoinette Smith, Member
4. Janice Franklin, Member

**RECOMMENDATION (JUSTIFICATION OF APPOINTEE):**

Highest probability for increased overall effectiveness

**ADVERTISEMENT DOCUMENTATION:**
**LIST BELOW & ATTACH DOCUMENTATION**
Attached

**ATTACH JOB DESCRIPTION**

**MUST BE REVIEWED BY THE FOLLOWING PERSONS BEFORE A JOB OFFER IS MADE:**

_____
T. C. Horn
CHAIR OF SEARCH COMMITTEE    DATE

COLLEGE DEAN/DEPARTMENT HEAD    DATE
Leon Frazier
AREA VICE PRESIDENT    6/17/05    DATE

DIRECTOR OF PERSONNEL    DATE  6/21/05

Void