IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VICKY ARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv717-MHT |
| | ) | |
| ALABAMA STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER SETTING PRETRIAL HEARING

It is ORDERED that this cause is hereby set for a
pretrial hearing as provided by Rule 16 of the Federal
Rules of Civil Procedure, on August 11, 2008, at 9:30
a.m. in Chambers 200FMJ, Frank M. Johnson, Jr. U. S.
Courthouse Complex, One Church Street, Montgomery,
Alabama.

At the pretrial hearing, the court will consider the
matters addressed by Rule 16.  All parties are expected
to have complied fully with this court's previously
entered Rule 16 uniform scheduling order.  All parties
should prepare and have ready all stipulations and
possible admissions of fact and of documents which might
avoid unnecessary proof upon trial.

ANY PRO SE LITIGANTS and ALL LEAD ATTORNEYS must
appear at the time above designated and be fully prepared
to state the facts of the case in the most minute detail,
and be authorized to admit all facts that are true.  All
motions which have not been otherwise submitted or ruled

on will be heard at the above stated time. Counsel should be prepared to argue them. Appropriate penalties will be imposed for failure to comply with these requirements.

The parties are DIRECTED to prepare JOINTLY a proposed pretrial order in accordance with the attached outline. The plaintiff(s) shall ensure that the proposed pretrial order is received by the court NOT LATER THAN TWO BUSINESS days prior to the pretrial conference by either (1) delivery of the order (both hard copy and on disk) to chambers or (2) by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to <propord_thompson@almd.uscourts.gov>. For these purposes, the electronic or disk copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format. If the plaintiff is pro se, then the defendant(s) shall have this responsibility.

TRIAL TERM COMMENCES September 8, 2008, in Montgomery, Alabama.

DONE, this the 2nd day of July, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE

NOTICE TO ATTORNEYS

The proposed pretrial order must be joint, and not
piecemeal, and it should be reviewed and approved by all
parties BEFORE the pretrial hearing.

_____

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA,  DIVISION


                              )
                              )
        Plaintiff,            )
                              )
    v.                        )    CIVIL ACTION NO.
                              )
                              )
        Defendant.            )


ORDER ON PRETRIAL HEARING

A pretrial hearing was held in this case on _____,

wherein the following proceedings were held and actions

taken:

    1.    PARTIES AND TRIAL COUNSEL:

          COUNSEL APPEARING AT PRETRIAL HEARING:  (same as

trial    counsel)    or    (indicate    if    different)

_____

2.    **JURISDICTION AND VENUE:**

3.    **PLEADINGS:**    The  following pleadings and amendments were allowed:

4.    **CONTENTIONS OF THE PARTIES:**

    **(a) The plaintiff(s)**

    **(b) The defendant(s)**

5.    **STIPULATIONS BY AND BETWEEN THE PARTIES:**

**PLEASE  LEAVE  ORDER  UNFINISHED  AT  THIS  POINT  FOR COMPLETION BY THE COURT.**