IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VICKY ARRINGTON, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | C.A.N.: 2:07-CV-717-MHT |
| | ) | |
| ALABAMA STATE UNIVERSITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ALABAMA STATE UNIVERSITY'S DEPOSITION DESIGNATION LIST

**COMES NOW** the Defendant Alabama State University pursuant to this Court's Scheduling Order and hereby files this deposition designation for trial.

1. Entire Deposition of Vicky Arrington

2. Defendant reserves the right to supplement this list upon the conclusion of the discovery period.

Respectfully Submitted,

/s/ Ramadanah M. Salaam-Jones
**KENNETH L. THOMAS (THO043)**
**RAMADANAH M. SALAAM-JONES (SAL026)**
*Attorneys for Alabama State University*

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS, & SEAY, P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033  Fax: (334)260-9396

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 30th day of July, 2008.

> K. Anderson Nelms, Esq.
> 847 S. McDonough Street
> Montgomery, Alabama 36104
> (334) 263-7733

> /s/ Ramadanah M. Salaam-Jones
> **OF COUNSEL**