IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKY ARRINGTON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | C.A.N.: 2:07-CV-717-MHT |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
| DEFENDANT. ) | |

## ALABAMA STATE UNIVERSITY'S TRIAL WITNESS LIST

**COMES NOW** the Defendant Alabama State University pursuant to this Court's Scheduling Order and hereby files this exhibit list for trial.

1. Vicky Arrington

2. Beverly Rudolph

3. Dr. Leon Frazier

4. Olan Wesley

5. Chief Jeffrey Young

6. Joe Pace

7. Virgil Merritt

8. All persons listed on Plaintiff's witness list

9. All persons who have been or who may be deposed in this action

10. Defendant reserves the right to supplement this list upon the conclusion of the discovery period.

Respectfully Submitted,

/s/ Ramadanah M. Salaam-Jones
**KENNETH L. THOMAS (THO043)**
**RAMADANAH M. SALAAM-JONES (SAL026)**
*Attorneys for Alabama State University*

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 Fax: (334)260-9396

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 30th day of July, 2008.

K. Anderson Nelms, Esq.
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733

/s/ Ramadanah M. Salaam-Jones
**OF COUNSEL**

2