**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

```
July 31, 2008
```

# NOTICE OF CORRECTION

**From:**  Clerk's Office

**Case Style:**  Arrington v. Alabama State University

**Case Number:**  2:07cv00717-MHT

**This Notice of Correction was filed in the referenced case this date to attach the corrected PDF documents previously attached to include e-signatures on the certificates of service.**

**The corrected PDF documents are attached to this notice for your review.  Reference is made to documents # 25, # 26, & # 27   filed on   July 30, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKY ARRINGTON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | C.A.N.: 2:07-CV-717-MHT |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
| DEFENDANT. ) | |

## ALABAMA STATE UNIVERSITY'S DEPOSITION DESIGNATION LIST

**COMES NOW** the Defendant Alabama State University pursuant to this Court's Scheduling Order and hereby files this deposition designation for trial.

1. Entire Deposition of Vicky Arrington

2. Defendant reserves the right to supplement this list upon the conclusion of the discovery period.

Respectfully Submitted,

/s/ Ramadanah M. Salaam-Jones
**KENNETH L. THOMAS (THO043)**
**RAMADANAH M. SALAAM-JONES (SAL026)**
*Attorneys for Alabama State University*

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS, & SEAY, P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 Fax: (334)260-9396

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 30th day of July, 2008.

K. Anderson Nelms, Esq.
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733

/s/ Ramadanah M. Salaam-Jones
**OF COUNSEL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKY ARRINGTON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | C.A.N.: 2:07-CV-717-MHT |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
| DEFENDANT. ) | |

## ALABAMA STATE UNIVERSITY'S TRIAL EXHIBIT LIST

**COMES NOW** the Defendant Alabama State University pursuant to this Court's Scheduling Order and hereby files this exhibit list for trial.

1. Non-Academic Staff Handbook Policies
2. Complaint
3. Memorandum Re: Appointment
4. First Posting
5. Arrington Deposition
6. First Committee Report
7. Frazier Memo
8. Wesley Memo re: Recommendation
9. Wesley Memo re: Reopening of Position
10. Second Posting
11. Second Search Committee Report
12. Memo re: Notification to Applicants
13. Young Application

1

14. Right-to-Sue Letter

15. Charge of Discrimination

16. Tally Sheets

17. Personnel file of Vicky Arrington

18. All pleadings filed in this action

19. All discovery filed in this action

20. All exhibits included on the Plaintiff's exhibits list

21. Defendant reserves the right to supplement this list upon the conclusion of the discovery period.

Respectfully Submitted,

/s/ Ramadanah M. Salaam-Jones
KENNETH L. THOMAS (THO043)
RAMADANAH M. SALAAM-JONES (SAL026)
*Attorneys for Alabama State University*

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS, & SEAY, P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 Fax: (334)260-9396

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 30th day of July, 2008.

K. Anderson Nelms, Esq.
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733

/s/ Ramadanah M. Salaam-Jones
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKY ARRINGTON, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | C.A.N.: 2:07-CV-717-MHT |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
| DEFENDANT. ) | |

## ALABAMA STATE UNIVERSITY'S TRIAL WITNESS LIST

**COMES NOW** the Defendant Alabama State University pursuant to this Court's Scheduling Order and hereby files this exhibit list for trial.

1. Vicky Arrington

2. Beverly Rudolph

3. Dr. Leon Frazier

4. Olan Wesley

5. Chief Jeffrey Young

6. Joe Pace

7. Virgil Merritt

8. All persons listed on Plaintiff's witness list

9. All persons who have been or who may be deposed in this action

10. Defendant reserves the right to supplement this list upon the conclusion of the discovery period.

      Respectfully Submitted,


      /s/ Ramadanah M. Salaam-Jones
      **KENNETH L. THOMAS (THO043)**
      **RAMADANAH M. SALAAM-JONES (SAL026)**
      *Attorneys for Alabama State University*


**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 Fax: (334)260-9396


## CERTIFICATE OF SERVICE

 I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 30th day of July, 2008.

   K. Anderson Nelms, Esq.
   847 S. McDonough Street
   Montgomery, Alabama 36104
   (334) 263-7733


      /s/ Ramadanah M. Salaam-Jones
      **OF COUNSEL**