IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VICKY ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO.:2:07-CV-00717-MHT |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXTEND TIME

COMES NOW Plaintiff Vicky Arrington, by and through the undersigned counsel, and moves this Court to extend the time for the filing of items covered in Sections 9 through 11 of the Court's Uniform Scheduling Order (Document 11) until the 5th of August, 2008. In support of its Motion, Plaintiff would show cause as follows:

1. Due to a recent office relocation and recent high turnover of support staff, the deadline for filing items covered in Sections 9 through 11 was overlooked. The failure to file items covered in Sections 9 through 11 of the Scheduling Order was unintentional and due to an honest mistake.

2. Plaintiff has attempted to contact Counsel for Defendant to ascertain whether Defendant would oppose the Motion. Plaintiff was unsuccessful in reaching Counsel for Defendant up to the time of the filing.

3. Allowing a short extension of time for the filing of items covered in Sections 9 through 11 of the Scheduling Order will not prejudice the Defendant in any way.

WHEREFORE, the premise considered, Plaintiff prays that this Honorable Court grant the Plaintiff's Motion to Extend Time up to and including the 5th of August, 2008.

RESPECTFULLY SUBMITTED this 1st day of August, 2008.

/s/ Andy Nelms
K. Anderson Nelms
Anderson Nelms & Associates, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
Andynelms@andersonnelms.com
ASB-6972-E63K

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Kenneth L. Thomas
Ramanadah M. Salaam-Jones
Attorneys for Defendant
Thomas, Means, Gillis, & Seay, P.C.
Post Office Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058

/s/ Andy Nelms
K. Anderson Nelms
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road
Prattville, Alabama 36066
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
Andynelms@andersonnelms.com
ASB-2014-E66J

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **VICKY ARRINGTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CASE NO.:2:07-CV-00717-MHT** |
| **ALABAMA STATE UNIVERSITY,** ) | |
| ) | |
| Defendant. ) | |

### PROPOSED ORDER

It is hereby ordered that the Plaintiff's Motion to Extend Time for filing of items covered in Sections 9 through 11 of the Court's Uniform Scheduling Order (Document 11) until the 5th of August, 2008 is GRANTED.


DONE this ___ day of August, 2008


_____
UNITED STATES DISTRICT JUDGE