IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VICKY ARRINGTON, )<br>)<br>  Plaintiff, )<br>) | <br><br><br>CIVIL ACTION NO. |
| v. ) | 2:07cv717-MHT |
| )<br>ALABAMA STATE UNIVERSITY, )<br>)<br>  Defendant. ) | |

### ORDER

It is ORDERED that the motion to extend time (Doc. No. 29) is granted.

DONE, this the 5th day of August, 2008.

                  /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE