IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VICKY ARRINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.:2:07-CV-00717-MHT |
| ALABAMA STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S EXHIBIT LIST**

COMES NOW Plaintiff in the above-styled cause and submits the following as the list of exhibits that Plaintiff proposes to introduce at the trial of this cause:

1. Any and all documents and contents contained within the personnel file of Plaintiff Vicky Arrington compiled during her employment with Alabama State University.

2. Affirmative Action Personnel Compliance Report for First Screening Committee

3. Employment Application Checklist relating to selection of Donnie Nunley

4. Job Advertisement for re-opened search for Position

5. Memo of July 18, 2006 from Olan L. Wesley to Dr. Leon Frazier

6. Screening Applicants/Inquires for Vacant Positions of First Screening Committee

7. Affirmative Action Personnel Compliance Report Form (Jeffrey Young)

8. Employment Application Checklist for Jeffrey Young

9. Memo from Young to Arrington of October 25, 2006

10. Memo from Young to Arrington of September 28, 2006

11. Memo from Young to Arrington of September 26, 2006

12. Memo from Young to Arrington of September 27, 2008

13. Memo from Young to Arrington of October 18, 2006

14. Memo from Young to Arrington dated December 5, 2005 (sic 12/6/06, acknowledged 12/11/06)

15. Letter from Olan L. Wesley to Dr. Margaret Bradley of August 10, 2006

16. Application for Employment for Jeffrey Young

17. Letter from EEOC of January 29, 2007

18. Letter from Arrington Attorney Amando Wesley Piiters to EEOC of December 19, 2006

19. Letter from Thomas, Means, Gillis & Seay to EEOC's Mr. Booker of February 1, 2007

20. EEOC Notice of Charge of Discrimination of January 5, 2007

21. Determination Interview With Charging Party - Summary Sheet

22. Letter from Grandison to Arrington dated January 29, 2007

23. Document written by Arrington to Captain D. Johnson

24. Representation letter of December 19, 2006 from Attorney Pitters

25. Form signed by Andy Nelms to EEOC

26. Purported 66 page document regarding Arrington v. ASU of documents pursuant to Section 83 Request

27. Applendix: EEOC Charge of Discrimination

28. Notice of Right to Sue dated May, 8, 2007

29. Envelope from EEOC containing Notice of Right to Sue postmarked May 9, 2007

30. Mailing instructions for filing EEOC Charge

31. Fax from Attorney Pitters to Grandison (EEOC) of 4/2/07

32. Copy of e-mail from EEOC Investigator Grandison to Franklin-Thomas, Delner

33. EEOC Notice of Charge of Discrimination to Joe A. Lee

34. Charge of discrimination filled out by Vicky Arrington with particulars

35. Determination Interview with Charging Party - Summary Sheet

36. Notice from Grandison to Arrington that she is investigating the case.

37. Fax from Tara McGriff (of Anderson Nelms) to Kay Lindsey requesting Section 83 with transmittal receipt

38. Agreement of nondisclosure by Andy Nelms

39. Any other document contained in Plaintiff's EEOC file which may become relevant to this case.

39. All pleadings filed in this action

40. All discovery filed in this action

41. All exhibits included on the Plaintiff's exhibits list

42. Any Exhibit previously filed along with Plaintiff's Response to Defendant's Motion for Summary Judgment.

RESPECTFULLY SUBMITTED on this the 5th day of August, 2008.

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

OF COUNSEL:
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Kenneth L. Thomas
Ramanadah M. Salaam-Jones
Attorneys for Defendant
Thomas, Means, Gillis, & Seay, P.C.
Post Office Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058

                /s/ Andy Nelms
                K. Anderson Nelms
                Anderson Nelms & Associates, LLC
                2005 Cobbs Ford Road
                Prattville, Alabama 36066
                (334) 263-7733 (Voice)
                (334) 832-4390 (Fax)
                Andynelms@andersonnelms.com
                ASB-2014-E66J