IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |  |
|---|---|---|
| VICKY ARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.:2:07-CV-00717-MHT |
| ALABAMA STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST**

COMES NOW Plaintiff in the above-styled cause and submits the following as the list of witnesses to be called at the trial of this cause:

WILL CALL

1. Vicky Arrington, Plaintiff, address and telephone number known to the defendant.

MAY CALL

1. Lewis Black

2. Dr. Margaret Bradley

3. Marion Brock III

4. Larry Cobb

5. Jessyca Darrington

6. Andy Dowel

7. Janice Franklin

8. Dr. Leon Frazier

9. T.C. Horn

10. Captain D. Johnson

11.   Gloria Julius

12.   Joe A. Lee

13.   Henry McCreary

14.   Mark Mathies

15.   Virgil Merritt

16.   Caesar Moss

17.   Donnie Nunley

18.   Joseph Pace

19.   Beverly A. Rudolph

20.   Antoinette Smith

21.   Olan Wesley

22.   Jeffrey Young

23.   Any witness whose identity is discovered between now and the date of trial.

24.   Any witness on Defendant's witness list.

25.   Any witness needed for rebuttal or impeachment

RESPECTFULLY SUBMITTED on this the 5th day of August, 2008.

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

OF COUNSEL:

Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066

## CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Kenneth L. Thomas
Ramanadah M. Salaam-Jones
Attorneys for Defendant
Thomas, Means, Gillis, & Seay, P.C.
Post Office Drawer 5058
3121 Zelda Court
Montgomery, Alabama 36103-5058

                                                  /s/ Andy Nelms
                                                  K. Anderson Nelms
                                                  Anderson Nelms & Associates, LLC
                                                  2005 Cobbs Ford Road
                                                  Prattville, Alabama 36066
                                                  (334) 263-7733 (Voice)
                                                  (334) 832-4390 (Fax)
                                                  Andynelms@andersonnelms.com
                                                  ASB-2014-E66J