IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VICKY ARRINGTON, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | C.A.N.: 2:07-CV-717-MHT |
| | ) | |
| ALABAMA STATE UNIVERSITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**UNOPPOSED MOTION TO CONTINUE/
SUSPENSION OF DEADLINES**

**COMES NOW** the Defendant, Alabama State University, and hereby files this unopposed Motion to Continue/Suspension of Deadlines.  ASU states the following:

1. On August 7, 2008 undersigned counsel was informed that counsel for the Plaintiff suffered a medical emergency.

2. On today, undersigned counsel received communication from opposing counsel's law clerk that Plaintiff's Counsel would not be able to attend the Pre-Trial Conference scheduled for August 11, 2008 because of the medical emergency.

3. ASU on behalf of both parties requests that the Court continue the Pre-Trial Conference and Trial to the next civil trial term and suspend all deadlines in this case for thirty (30) days.

**WHEREFORE, PREMISES CONSIDERED** ASU respectfully requests that this Court grant this unopposed Motion to Continue/Suspension of Deadlines.

Respectfully Submitted,


/s/ Ramadanah M. Salaam-Jones
**KENNETH L. THOMAS (THO043)**
**RAMADANAH M. SALAAM-JONES (SAL026)**
*Attorneys for Alabama State University*


**OF COUNSEL:**
**THOMAS, MEANS,GILLIS,& SEAY, P.C.**
POST OFFICE DRAWER 5058
3121 ZELDA COURT
MONTGOMERY, ALABAMA 36103-5058
(334)270-1033 Fax: (334)260-9396


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 8th day of August, 2008.

K. Anderson Nelms, Esq.
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733


/s/ Ramadanah M. Salaam-Jones
**OF COUNSEL**