IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VICKY ARRINGTON,              )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )      2:07cv717-MHT
                              )
ALABAMA STATE UNIVERSITY,     )
                              )
    Defendant.                )
```

ORDER

It is ORDERED as follows:

(1) The motion to continue and suspend deadlines (doc. no. 33) is granted only to the extent set forth in this order.

(2) The uniform scheduling order (doc. no. 11) is amended to reflect that the pretrial is set for October 30, 2008, and the trial is set for the term of court beginning on December 1, 2008, with all deadlines expressly tied to these dates adjusted accordingly.

(3) The pretrial is specifically set for October 30, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Chambers 200, One Church Street, Montgomery, Alabama.

DONE, this the 11th day of August, 2008.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE