IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VICKY ARRINGTON, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | C.A.N.: 2:07-CV-717-MHT |
| | ) | |
| ALABAMA STATE UNIVERSITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION TO WITHDRAW

Ramadanah M. Salaam-Jones hereby moves this Court to enter an Order allowing him to withdraw as counsel on behalf of the Defendant Alabama State University in the above entitled action. As grounds for this motion, counsel would offer that she will no longer be employed with the firm of Thomas, Means, Gillis, and Seay. P.C. after September 5, 2008. The Plaintiff will continue to be represented by other members of the firm.

Respectfully submitted,

/s/ Ramadanah M. Salaam-Jones
**RAMADANAH M. SALAAM-JONES (SAL026)**

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court
P.O. Drawer 5058
Montgomery, Alabama  36106
(334) 270-1033
(334) 260-9396 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following counsel of record via this Court's electronic filing system on this the 27th day of August, 2008.

      K. Anderson Nelms, Esq.
      847 S. McDonough Street
      Montgomery, Alabama 36104
      (334) 263-7733