IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VICKY ARRINGTON,            )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       2:07cv717-MHT
                            )
ALABAMA STATE UNIVERSITY,   )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 35) is granted.

DONE, this the 28th day of August, 2008.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE