IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VICKY ARRINGTON,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:07cv717-MHT
                              )            (WO)
ALABAMA STATE UNIVERSITY,     )
                              )
    Defendant.                )
```

JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Alabama State University's motion for summary judgment (Doc. No. 12) is granted.

(2) Judgment is entered in favor of defendant Alabama State University and against plaintiff Vicky Arrington, with plaintiff Arrington taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Arrington, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of November, 2008.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**